UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:18 CR 31 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| JASON HUBBARD, | ) ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on August 16, 2021, for a final revocation hearing regarding supervised release violation, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Jason Hubbard was present and represented by Assistant Federal Public Defender Khalida Sims. The United States was represented by Assistant United States Attorney Colleen Egan. The Pretrial Services and Probation Office was represented by Donald Stranathan. The court reporter was Mary Uphold. The Defendant admitted to the violations at a previous hearing before Magistrate Judge Baughman on April 7, 2021 who issued a Report and Recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge. Additionally, a Supplemental Report was filed by the Probation Officer on August 16, 2021 alleging another violation regarding Defendant's travel without prior authorization, to which Mr. Hubbard admitted. The court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision is revoked and Defendant is committed to a term of time served. Defendant shall complete the remainder of his previously imposed supervised release term, with the same conditions as originally ordered. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 19, 2021